UNITED STATES DISTRICT COURT
District of Massachusetts (Boston)

_____
                                    )
SHU SHEAN WONG,                     )
    Plaintiff,                     )
                                    )
vs.                                 )
                                    )    CIVIL DOCKET NO.: 1:09-CV-12121DPW
DEPARTMENT OF SOCIAL                )
SERVICES, JOY HART,                 )
BOSTON MEDICAL CENTER               )
and LISA ALEX                       )
    Defendants.                    )
_____)

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

    I, Kristyn M. Dery, Esq. of Bonner Kiernan Trebach & Crociata, LLP, 200 Portland Street, Boston, Massachusetts, herein withdraw my Appearance on behalf of the Defendants, Bournewood Hospital and Irina Mezehbousky, M.D., in the above-captioned matter.

    /s/ Kristyn M. Dery
    _____
    Kristyn M. Dery, BBO#: 669832
    kdery@bonnerkiernan.com
    200 Portland Street, Suite 400
    Boston, Massachusetts 02114
    (617) 426-3900
    (617) 426-0380 (fax)

Dated: June 22, 2010

## CERTIFICATE OF SERVICE

I, Kristyn M. Dery, hereby certify that this document filed through the ECF system on June 22, 2010 to:

Shu Shean Wong
419 Old Colony Road
South Boston, MA 02127

Katherine A. Watras
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA  02108

Daniel J. Griffin, Jr., Esq.
Jennifer Kogan, Esq.
Martin, Magnuson, McCarthy & Kenny
101 Merrimac Street
Boston, MA  02114

Michael P. Roche, Esq.
Murphy & Riley, P.C.
141 Tremont Street
Boston, MA  02111

James S. Hamrock, Jr.
Hamrock & Tocci
101 Main Street
Cambridge, MA  02142

Scott Douglas Burke
Christa A. Arcos
Morrison Mahoney, LLP
250 Summer Street
Boston, MA  02210

Shepard Davidson, Esquire
John S. Gearan, Esquire
Burns & Levinson, LLP
125 Summer Street
Boston, MA  02110

/s/ Kristyn M. Dery
_____
Kristyn M. Dery